975.  CLEVELAND *v.* THE STATE.

POWELL, J. In a prosecution for the offense of being intoxicated on a public highway, the burden is upon the State to show that the road in question was in fact a public highway. *Johnson* v. *State*, 1 *Ga. App.* 195 (58 S. E. 265). This may be shown directly or circumstantially. See *Central Ry. Co.* v. *Ross*, 107 *Ga.* 74 (32 S. E. 904). There is no evidence of any character in the record as to whether the road upon which the defendant was alleged to have been intoxicated was a public highway or not.                    *Judgment reversed.*

Accusation of misdemeanor, from city court of Hartwell—Judge Hodges.  December 16, 1907.

Argued February 25,—Decided March 16, 1908.

*A. G. & Julian McCurry,* for plaintiff in error.

*James H. Skelton, solicitor,* contra.